# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-5155**                                 **September Term, 2020**

1:21-cv-01076-TSC

Filed On: July 7, 2021 [1905338]

Raj K. Patel,

         Appellant

     v.

Joseph R. Biden, Jr., President of the United States, et al.,

         Appellees

## O R D E R

     It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

     The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                                            **FOR THE COURT:**
                                                            Mark J. Langer, Clerk

                                 BY:    /s/
                                                            Tatiana A. Magruder
                                                            Deputy Clerk